BENJAMIN B. WAGNER
United States Attorney
JASON M. LEONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ERIC R. MORALES,<br><br>      Defendant. | 2:14-MJ-00241-EFB<br><br>[PROPOSED] ORDER VACATING COURT TRIAL AND SETTING A STATUS CONFERENCE<br><br><br><br>DATE:  November 18, 2014<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Edmund F. Brennan |

It is hereby ordered that the court trial scheduled for November 18, 2014 at 10:00 a.m. is vacated.  It is further ordered that a status conference is set for December 1, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  November 7, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE