BENJAMIN B. WAGNER
United States Attorney
JASON M. LEONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-mj-00241-EFB |
| ) | |
| Plaintiff, ) | [~~Proposed~~] ORDER WITHDRAWING THE |
| ) | PETITION FOR REVOCATION OF |
| v. ) | PROBATION AND VACATING HEARING |
| ) | |
| ERIC R. MORALES, ) | DATE:  March 30, 2015 |
| ) | TIME:  2:00 p.m. |
| Defendant. ) | JUDGE: Hon. Edmund F. Brennan |

It is hereby ordered that the plaintiff United States of America's memorandum to withdraw the Petition for Revocation of Probation for Case number 2:14-mj-00241-EFB is GRANTED.  It is further ordered that the hearing scheduled for March 30, 2015 at 2:00 p.m. is vacated.

IT IS SO ORDERED.

Dated:  February 18, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE